```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

CARTAGENA ENTERPRISES, INC., d/b/a
CARTAGENA PUBLISHING,

                              Plaintiff,

           - against -


MAX MEX RECORDS, INC. and EMI MUSIC
NORTH AMERICA,

                              Defendants.
------------------------------------------X
```

JUDGE HOLWELL

07 CV 3056

Civ No.



**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned attorneys of record for Plaintiff Cartagena Enterprises, Inc. d/b/a Cartagena Publishing ("Cartagena") (a private non-governmental corporate party), certify that there exists no parent corporation or publicly held corporation that owns 10% or more of Cartagena's stock.

Dated:   New York, New York
         April 16, 2007

                                              Balber Pickard Battistoni
                                              Maldonado & Van Der Tuin, PC

                                        By: _____
                                            Roger Juan Maldonado (RM-7035)

                                1370 Avenue of the Americas
                                New York, New York 10019
                                Telephone:  (212) 246-2400

                                Juan H. Saavedra Castro (JS-9189)
                                Edificio Banco Popular de P.R., Ste 701
                                Calle Tetuan #206
                                San Juan, Puerto Rico 00901-1815
                                (787) 722-7741

                                Attorneys for Plaintiff