UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CARTAGENA ENTERPRISES INC. d/b/a
CARTAGENA PUBLISHING,

                      Plaintiff(s),

- against -

MAX MEX RECORDS, INC., EMI MUSIC
NORTH AMERICA,

                      Defendant(s).
----------------------------------------------------------x

Index No. 07 CV 3056 (RJH)

07 cv 3056 RJH

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

      **NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff CARTAGENA ENTERPRISES INC. d/b/a CARTAGENA PUBLISHING voluntarily dismisses defendant EMI MUSIC NORTH AMERICA with prejudice.

Dated: New York, New York
       June 18, 2007

BALBER PICKARD BATTISTONI
MALDONADO & VAN DER TUIN, PC

By: _____
    Roger Juan Maldonado (RM-7035)
1370 Avenue of the Americas
New York, New York 10019
Tel No. 212-246-2400

Attorneys for Plaintiff

JUN 18 2007
RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 6/25/07

SO ORDERED:

_____
U.S.D.J.  6/24/07