

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CARTAGENA ENTERPRISES INC. d/b/a
CARTAGENA PUBLISHING,

      Plaintiff(s),

 - against -

MAX MEX RECORDS, INC., EMI MUSIC
NORTH AMERICA,

      Defendant(s).
---------------------------------------------------------x

Index No. 07 CV 3050 (RJH)
    3056

NOTICE OF VOLUNTARY
DISMISSAL

  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff CARTAGENA ENTERPRISES INC. d/b/a CARTAGENA PUBLISHING voluntarily dismisses the claims against MAX MEX RECORDS, INC. in the above-captioned action without prejudice. *The Clerk is directed to close the case.*

Dated: New York, New York
   August 21, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

BALBER PICKARD
MALDONADO & VAN DER TUIN, PC

By: _____
Roger Juan Maldonado (RM-7035)
1370 Avenue of the Americas
New York, New York 10019
Tel No. 212-246-2400

Attorneys for Plaintiff

SO ORDERED:

_____
U.S.D.J.
8/31/07